AO 91 (Rev. 11/11) Criminal Complaint

AUSA EG

# UNITED STATES DISTRICT COURT
## for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:21-mj-39 |
| Antyone ASKEW JR. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ , 20____ in the county of _____ Franklin _____ in the
_____ Southern _____ District of _____ Ohio _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

_____
Complainant's signature

S Chappell          ATF TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: 1-25-21

_____
Judge's signature

City and state:          Columbus Ohio

US Magistrate Judge
Printed name and title

**PROBABLE CAUSE AFFIDAVIT**
**Antyone ASKEW**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Antyone ASKEW Jr. for knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce, In violation of 18 U.S.C. 922(g)(1) and 924(a).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that ASKEW committed this offence.

4. On or about January 1, 2021 uniformed CPD officers observed a Chrysler 300 bearing Ohio license plate JHC9504 traveling east on Grace St in Columbus Ohio. Officers were aware of previous narcotics complaints made about this vehicle.

5. Officers observed a traffic violation and conducted a traffic stop in front of 124 N Burgess Ave. Columbus, Ohio. As soon as the vehicle stopped both the driver later identified as Antyone ASKEW and the passenger identified as Emily BERGENSTEIN exited the vehicle.

6. It was determined that ASKEW did not have a driver's license. ASKEW was placed under arrest. During a search of ASKEW officers found a bag of suspected narcotics in his pocket.

7. During a search of the vehicle officers observed a Glock 17 9mm handgun bearing serial BBPZ564 on the left side of the drivers floorboard. The handgun would have been at ASKEW's feet while he was inside the vehicle.

8. BERGENSTEIN was found to have active felony warrants for her arrest.

9. ASKEW and BERGENSTEIN were arrested and transported to CPD Headquarters for interview and processing. ASKEW denied knowledge of the firearm.

10. Investigators reviewed a jail call made by ASKEW on January 1, 2021. ASKEW calls an unknown female. ASKEW states they caught me traffic stop. I mean they stopped me in traffic. I parked and tried to jump out. I forgot I had crack in my freaking pocket man. So when they grabbed me to search me I locked the door and got out the car and everything.

**PROBABLE CAUSE AFFIDAVIT**
**Antyone ASKEW**

They couldn't even check the car but they seen the weed. They caught the crack because I just went and bought a quarter some hardware. The unknown female replies oh my god. ASKEW then states they didn't charge me with the dope they said. They only charged me with the gun. They found the gun but they can't prove the gun is mines yet so they have to give me a future on it so hopefully.

11. ASKEW was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

   a.  Franklin County Ohio Court of Common Pleas Case 13CR-07-4056 for Robbery.

12. Your Affiant confirmed via ATF resources that the aforementioned firearm seized from ASKEW on or about January 1, 2021 was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

13. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

14. Based on this information, your affiant believes probable cause exists that ASKEW knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Glock 17 9mm handgun bearing serial BBPZ564 and the firearm was in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, 922(g)(1) and 924(a)(2).

_____
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of _____ Jan 25, 2021 ___, at _____ Columbus, Ohio.

_____
**U.S. MAGISTRATE JUDGE**